IN RE DENIAL OF REQUEST OF HUMANA HOSPITAL CORP.

No. 294P84.

Case below: 68 N.C. App. 162.

Petition by Humana for discretionary review under G.S. 7A-31 denied 28 August 1984. Motion by Wake County Hospital and HCA to dismiss appeal for lack of substantial constitutional question allowed 28 August 1984.

IN RE LEGITIMATION OF LOCKLEAR

No. 157PA84.

Case below: 66 N.C. App. 722.

Petition by Earl Jones for discretionary review under G.S. 7A-31 allowed 28 August 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question denied 28 August 1984.

IN RE WATKINS v. MILLIKEN

No. 319P84.

Case below: 68 N.C. App. 357.

Petition by defendant (Milliken & Company) for discretionary review under G.S. 7A-31 denied 28 August 1984.

INGLE v. ALLEN

No. 416P84.

Case below: 69 N.C. App. 192.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

INGRAM v. CRAVEN

No. 310P84.

Case below: 68 N.C. App. 502.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 28 August 1984.